# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LOTTERY.COM, INC. f/k/a AUTOLOTTO, INC., and TINBU, LLC, <br><br>   Plaintiffs, <br><br> v. <br><br> JOHN J. BRIER, JR., BIN TU, and GLOBAL GAMING DATA, LLC, <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 8:23-cv-02594-KKM |

## WOMBLE BOND DICKINSON (US) LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS WITH CONSENT OF CLIENTS

The law firm of Womble Bond Dickinson (US) LLP and Attorneys Jonathon A. Fligg, Esq., and John G. Perry, Esq. by and through the undersigned counsel, files this their Motion to Withdraw as counsel for Plaintiffs, Lottery.com, Inc. f/k/a Autolotto, Inc. ("Lottery.com") and Tinbu, LLC ("Tinbu") (collectively "Plaintiffs"), with the consent of Plaintiffs and state:

1.   Irreconcilable differences have emerged between Womble Bond Dickinson (US) LLP and Attorneys Jonathon A. Fligg, Esq., and John G. Perry, Esq. and Plaintiffs which necessitates that Womble Bond Dickinson (US) LLP and

Attorneys Jonathon A. Fligg, Esq., and John G. Perry, Esq. withdraw as counsel for Plaintiffs.

2. Pursuant to the current Case Management and Scheduling Order (Dkt. 83), this matter is not scheduled for trial until the October 2025 trial term.

3. The parties unsuccessfully mediated the case on December 5, 2024. (Mediation Report, Dkt. 105).

4. Defendants' Motion for Partial Summary Judgment (Dkt. 100) has been fully briefed and is the only currently pending motion is this matter.

5. Discovery is set expire on February 10, 2025.

6. Pursuant to Local Rule 2.02 (c)(1)(A), on December 13, 2024, Womble Bond Dickinson (US) LLP sought consent from the Plaintiffs for Womble Bond Dickinson (US) LLP to withdraw from representation of Plaintiffs.

7. Pursuant to Local Rule 2.02 (c)(1)(B), the undersigned hereby certifies that Plaintiffs have consented to the withdrawal of Womble Bond Dickinson (US) LLP and Attorneys Jonathon A. Fligg, Esq., and John G. Perry, Esq. from this matter.

## CONCLUSION

For the foregoing reasons, Womble Bond Dickinson (US) LLP and Attorneys Jonathon A. Fligg, Esq., and John G. Perry, Esq. respectfully request that this Court grant their Consent Motion to Withdraw as Counsel for Plaintiffs Lottery.com, Inc.

and Tinbu, LLC, and any further and additional relief this Court deems necessary, just and proper.

      This 8th day of January, 2025.

                        Womble Bond Dickinson (US) LLP

                        By: /s/ Jonathan A. Fligg
                           Jonathon A. Fligg
1331 Spring Street, N.W.        Florida Bar No. 0088199
Suite 1400
Atlanta, GA 30309              By: /s/ John G. Perry
(404) 962-7541 Jon Fligg         John G. Perry
(404) 879-2441 John Perry       *Admitted Pro Hac Vice*
Jon.Fligg@wbd-us.com
John.Perry@wbd-us.com        *Attorneys for Lottery.com, Inc. f/k/a*
                               *AutoLotto, Inc. and TinBu, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record:

Roger C. Brown
Morgan & Morgan, P.A.
1700 Palm Beach Lakes Blvd.
Suite 500
West Palm Beach, Florida 33401
RBrown@forthepeople.com

                                        By: _/s/ Jonathan A. Fligg_
                                               Jonathon A. Fligg
                                               Florida Bar No. 0088199

Womble Bond Dickinson (US) LLP
1331 Spring Street, N.W.
Suite 1400
Atlanta, GA 30309
(404) 962-7541
Jon.Fligg@wbd-us.com